<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1653**
_____

In Re: CATHERINE DENISE RANDOLPH,

          Appellant.


_____

**No. 16-1885**
_____

In Re: CATHERINE DENISE RANDOLPH,

          Appellant.



_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge; J. Frederick Motz, Senior District Judge. (1:15-mc-00369)

_____

Submitted: October 13, 2016      Decided: October 17, 2016

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Catherine Denise Randolph, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders returning her complaints because the complaints were not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accpordingly, we deny leave to proceed in forma pauperis and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED
